UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CYNTHIA STANFORD,

    Plaintiff,

v.                                                       Case No.    10-12052

STANDARD FEDERAL BANK, now Bank     Honorable Patrick J. Duggan
of America,

    Defendant.
_____/

## ORDER GRANTING BANK OF AMERICA N.A.'S
## MOTION FOR LEAVE TO AMEND ITS PLEADINGS
## TO FILE A COUNTERCLAIM AND THIRD-PARTY COMPLAINT

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on September 22, 2010.

PRESENT:       THE HONORABLE PATRICK J. DUGGAN
                        U.S. DISTRICT COURT JUDGE

On May 21, 2010, Plaintiff filed this lawsuit. Defendant filed its Answer on June 18, 2010 and a Scheduling Order was entered on July 22, 2010. No discovery or other substantive work has been done.

On August 26, 2010, Defendant filed its Motion for Leave to Amend Its Pleadings to File A Counterclaim and Third-Party Complaint. No response or other objection has been filed by Plaintiff.

Rule 15(a)(2) provides that, "The court should freely give leave when justice so requires."

The Court is satisfied that Defendant's motion should be granted.

Therefore,

**IT IS ORDERED** that Bank of America, N.A.'s Motion for Leave to Amend Its Pleadings to File A Counterclaim and Third-Party Complaint is **GRANTED**.

<u>s/PATRICK J. DUGGAN</u>
UNITED STATES DISTRICT JUDGE

Copies to:

Cynthia Sanford, Pro Se
20222 Greenlawn
Detroit, MI 48221

Marilyn A. Peters
Joseph H. Hickey
Brandon M. Blazo