UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CYNTHIA SANFORD,

    Plaintiff,

v.

STANDARD FEDERAL BANK, now
known as BANK OF AMERICA,

    Defendant/Counter-Plaintiff/Third-
    Party Plaintiff,

v.

BERNARD SANFORD,

    Third-Party Defendant.
_____/

Case No. 10-12052

Honorable Patrick J. Duggan

## JUDGMENT

On May 21, 2010, Plaintiff filed this action, alleging that Defendant wrongfully withheld funds in her Supplemental Security Income direct deposit account. On this date, the Court entered an Opinion and Order holding that Plaintiff is not entitled to relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's action is **DISMISSED WITH PREJUDICE**.

Date: February 23, 2011

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:

Cynthia Sanford
20222 Greenlawn
Detroit, MI 48221

Bernard Sanford
20222 Greenlawn
Detroit, MI 48221

Brandon M. Blazo, Esq.
Marilyn A. Peters, Esq.